JUDGE KATHLEEN CARDONE

FILED
2014 JUN 25 PM 3: 15
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-14-CR- |
| | § | **S E A L E D** |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to |
| | § | Possess a Controlled Substance with |
| | § | Intent to Distribute |
| | § | |
| ENRIQUE ALFREDO TAVARES (2), | § | |
| aka: Mask, | § | **EP14CR1236** |
| | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 846 & 841(a)(1))

That beginning on or about April 1, 2013, and continuing through and including on or about April 27, 2013, in the Western District of Texas, Defendants,

**ENRIQUE ALFREDO TAVARES (2),**
**aka: Mask,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved heroin, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below.

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing heroin involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| ENRIQUE ALFREDO TAVARES | one kilogram or more of a mixture or substance containing a detectable amount of heroin | 841(b)(1)(A)(i) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: *[signature]*
Assistant U.S. Attorney