Prob 12A (9/06)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS



### Report on Offender Under Supervision

**Name of Offender:** Enrique Alfredo Tavares aka Mask

**Case Number:**   EP-14-CR-01236KC(2)

**Name of Sentencing Judicial Officer:**   Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:**   June 8, 2017

**Original Offense:** Conspiracy to Possess with Intent to Distribute a Quantity of Heroin, 21 U.S.C. § 846 & § 841

**Original Sentence:** Sixty-three (63) months custody and three (3) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 29, 2022

### PREVIOUS COURT ACTION

On January 29, 2018, the Court re-sentenced Tavares and amended the judgment to include a term of imprisonment of fifty-five (55) months with credit for time served while in state custody pending transfer to federal custody and three (3) years of supervised release.

On September 18, 2023, Tavares' term of supervision was revoked due to failing to notify his probation officer of law enforcement contact within 72 hours, submitting a drug test which rendered positive results for amphetamines and cocaine, and failing to follow the rules and regulations of the Location Monitoring Program. He was sentenced to time served (27 days) followed by three (3) years of supervised release.

On February 29, 2024, Tavares' term of supervision was revoked due to failing to attend services at Aliviane, using a controlled substance to wit: cocaine, and failing to follow the instructions of his probation officer. He was sentenced to time served (44 days) followed by two (2) years of supervised release.

Case 3:14-cr-01236-KC   Document 183   Filed 04/10/24   Page 2 of 3

Enrique Alfredo Tavares aka Mask
Docket No. **EP-14-CR-01236KC(2)**
Report on Offender Under Supervision
P a g e | **2**

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.) During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

**Nature of Noncompliance:** On March 21, 2024, Tavares submitted a urine sample that yielded positive results for amphetamines. On March 28, 2024, this officer confronted Tavares regarding his positive urine sample results, and he denied using amphetamines. As such, this officer requested confirmation from the laboratory. Subsequently, on April 9, 2024, the laboratory confirmed the results for amphetamines. The same day, this officer confronted Tavares regarding the laboratory confirmation results and Tavares still denied using amphetamines.

### U.S. Probation Officer Action:

The probation officer admonished Tavares for the new violation and reminded him of the possible consequences of such non-compliance. As such, it is respectfully recommended that this new violation be held in abeyance and that no further action be taken at this time to allow Tavares the opportunity to participate in an outpatient substance abuse treatment program to address his substance abuse issues. Accordingly, any further violations will be communicated to the Court promptly.

Respectfully submitted,

*[signature]*

Leobardo Moreno
U.S. Probation Officer
Office (915) 585-5535
Cellular (915) 202-5597
Date: April 9, 2024

Approved by,

*[signature]*

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

**Enrique Alfredo Tavares aka Mask**
Docket No. **EP-14-CR-01236KC(2)**
Report on Offender Under Supervision
P a g e | 3

## COURT ACTION RECOMMENDED:

[X]  Concur with above action

[  ]  No action

[  ]  Submit a Petition for Warrant or Summons

[  ]  Submit a Request for Modifying the Conditions or Term of Supervision

[  ]  Other:

*Kathleen Cardone*
Kathleen Cardone, U.S. District Judge

April 10, 2024
Date